UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: ) | |
| ZACHARY BRYANT and ) | CASE NO: 13-04292-FJO-7 |
| SARAH BRYANT, ) | |
| ) | |
| DEBTORS. ) | |

**MOTION TO REDEEM PROPERTY OF BEST BUY C/O HSBC RETAIL SERVICES**

Debtor hereby moves the Court pursuant to Section 722 of the Bankruptcy Code, for an Order permitting the debtor to redeem items of tangible personal property from a lien securing a dischargeable consumer debt.

1) The item of personal property is a computer which is intended primarily for personal, family or household use.

2) The Debtor purchased the property for the approximate total amount of $2,996.94 in 2008.

3) The Debtor has not received an appraisal of the property but believe the market value of the property to be: $300.00.

4) The security interest of HSBC Retail Services in said property is a dischargeable consumer debt.

Wherefore, the Debtor moves the Court for an Order permitting the debtor to redeem said property by paying said creditor the aforesaid sum or balance of debt should that be of lesser value, and finding that the remainder of the claim of said creditor is a dischargeable consumer debt.

Date: August 12, 2013            /s/ Mark S. Zuckerberg
                                 Mark S. Zuckerberg #13815-49
                                 333 N. Pennsylvania, #100
                                 Indianapolis, IN 46204
                                 (317) 687-0000
                                 Attorney for Debtors

CERTIFICATE OF SERVICE

This is to certify that a true and accurate copy of this Motion to Redeem Property was served on the parties by electronic filing or by placing a copy in the U.S. Mail this 12th day of August 2013 at the addresses listed below:

United States Trustee

Chapter 7 Trustee

Best Buy c/o HSBC Retail Services
Attn: Highest Ranking Officer
700 N. Wood Dale Rd.
Wood Dale, IL 60191-1136

/s/ Mark S. Zuckerberg
Mark S. Zuckerberg
333 N. Pennsylvania, #100
Indianapolis, IN 46204
(317) 687-0000
Attorney for Debtors

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| ZACHARY BRYANT and | ) CASE NO: 13-04292-FJO-7 |
| SARAH BRYANT, | ) |
| DEBTORS. | ) |

### NOTICE

PLEASE TAKE NOTICE that parties in interest shall have **twenty-one (21) days from the date this Notice is served** to file an objection to the Attached Motion filed herein on behalf of the debtor.  Objections must be filed in writing with the Clerk's Office and served on the attorney for the debtor at the addresses listed below.  If no objection is timely filed, an order may be entered by the Court for the relief requested.

Date: August 12, 2013                              /s/ Mark S. Zuckerberg
                                                   Mark S. Zuckerberg #13815-49
                                                   429 N. Pennsylvania, #100
                                                   Indianapolis, IN 46204
                                                   Filings@mszlaw.com

### Certificate of Service

This is to certify that a true and accurate copy of this Motion to Redeem Property was served on the parties by electronic service or by placing a copy in the U.S. Mail this 12th day of August, 2013, at the addresses listed below:

United States Trustee                              Chapter 7 Trustee

Best Buy c/o HSBC Retail Services
Attn: Highest Ranking Officer
700 N. Wood Dale Rd.
Wood Dale, IL 60191-1136


                                                   /s/ Mark S. Zuckerberg
                                                   Mark S. Zuckerberg

United States Bankruptcy Court
Southern District of Indiana
46 E. Ohio Street, Room 116
Indianapolis, IN 46204